THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* EDWARD HOGAN, Petitioner-Appellant.

(No. 57065;

First District (2nd Division)—February 20, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (John E. Hughes, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane, William D. Wolter, and Roberta K. Cole, Assistant State's Attorneys, of counsel,) for the People.

JERRY FRYM, a Minor by MARION FRYM, His Father and Next Friend, Plaintiff-Appellant, *v.* ROVEX PHARMACY, INCORPORATED *et al.*, Defendants-Appellees.

(No. 57841;

First District (1st Division)—February 20, 1973.